

1  RICHARD G. HYPPA
   Attorney at Law
2  SBN104547
   Tracy Law Center
3  120 E. 12th St.
   Tracy, CA 95376
4
   Telephone 209) 836-9288
5  Facsimile 209) 836-9289

6  Attorney for Interested Parties
   MYRON PALMORE, CARRIE
7  PALMORE

**Not Signed: August 27, 2019**

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

\* see reason below

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No.: 10-59531 |
| MADISYN NORTHEAST, LLC, | |
| Debtor. | ORDER ON EXPARTE APPLICATION TO REOPEN CASE; RE-APPOINT TRUSTEE |

　　The Exparte Application to Reopen Case; Re-appoint Trustee filed by Interested Parties MYRON PALMORE and CARRIE PALMORE having been considered by the Court,

　　Upon proof to the satisfaction of the Court and good cause appearing therefore,

　　IT IS ORDERED that the above-captioned Bankruptcy case shall be reopened to allow Interested Parties MYRON PALMORE and CARRIE PALMORE to move the Court for an Order Granting Motion to Value Collateral and to Avoid Junior Lien which was filed by the Debtor MADISYN NORTHEAST, LLC on October 13, 2010. No Trustee shall be appointed.

***END OF ORDER***

Motion is unclear if movant is entitled to relief. Within 10 days, Movant needs to file a supp. brief with applicable legal authorities addressing (1) how movant has standing to step into debtor's shoes to request relief on a motion filed by debtor; and (2) what authority the court has to rule on a motion to value and avoid lien in this ch 7 case when Dewsnup v. Timm, 502 U.S. 410 (1992), holds that a debtor cannot value collateral and strip lien in chapter 7. See also In re Laskin, 222 B.R. 872 (9th Cir. BAP 1998)(Ch 7 debtor lacks standing to avoid lien under sec. 506). Movant may resubmit order after filing the brief. Failure to timely file the brief will result in the denial of the motion without further notice.